IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT LEE POLLARD, JR.,
    Petitioner,

vs.                              Case No: 3:06cv345/LAC/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## ORDER

    This cause is before the court on Petitioner's Motion for Permission to Appeal In Forma Pauperis (Doc. 46).  After review of the file, the court concludes that for the reasons set forth in this court's July 9, 2007 order (Doc. 36) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on June 14, 2007 (Doc. 34), there is no good faith basis for an appeal, and Petitioner is not entitled to proceed in forma pauperis.  Fed. R. App. P. 24(a).

    Accordingly, it is **ORDERED**:

    Petitioner's Motion for Permission to Appeal In Forma Pauperis (Doc. 46) is **DENIED**. Petitioner shall pay the $455.00 filing fee within **THIRTY (30) DAYS** from the date of docketing of this order.

    **DONE AND ORDERED** this 29th day of August, 2007.

                              s/*L.A. Collier*
                              **LACEY A. COLLIER**
                              **SENIOR UNITED STATES DISTRICT JUDGE**